(Your Name) MANUEL MIRANDA-LOPEZ
(Your ID Number) 31738208
CCA-CADC, P.O. Box 6300
Florence, AZ 85232-6300
DEFENDANT

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>                                 )<br>v.                               )<br>                                 )<br>(Your Name) MANUEL MIRANDA-LOPEZ )<br>          Defendant. )<br>                                 ) | No.: CR-08-647-PHX/TUC-RCC(HCE)<br><br>NOTICE OF APPEAL |

NOTICE is hereby given that MANUEL MIRANDA-LOPEZ, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 21ST day of OCTOBER, 2008.

RESPECTFULLY SUBMITTED the 21ST day of OCTOBER 2008, pursuant to FRAP 4(b) & (c).

(Your Signature) x _____
(Your Name) MANUEL MIRANDA-LOPEZ
DEFENDANT
CCA-CADC,
1155 N. Pinal Parkway Ave.,
P.O. Box 6300,
Florence, AZ
85232-6300