FILED

APR 29 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10475 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00647-RCC<br>District of Arizona,<br>Tucson |
| v. | |
| MANUEL DE JESUS MIRANDA-LOPEZ, | ORDER |
| Defendant - Appellant. | |

The motion of Mark F. Willimann, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by June 10, 2009. On or before July 10, 2009, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. If appellee files

DMM/Research

the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on appellant Manuel de Jesus Miranda-Lopez individually at Reg. No. 31738-208, USP Tucson, P.O. Box 24550, Tucson, AZ 85734, as well as on counsel for appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Derek Mayor
Deputy Clerk